UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

BRIAN PAWLING,

                              Plaintiff,

                                                    Civil Action
-against-                                           No. 5:19-cv-1070-ATB

ANDREW SAUL,
COMMISSIONER
OF SOCIAL SECURITY,

                              Defendant.

--------------------------------------------------------x

## STIPULATION FOR REMAND

        This matter having been opened to the Court by Grant C. Jaquith, United States Attorney

for the Northern District of New York, and Peter Jewett, Special Assistant United States

Attorney, attorneys for the Defendant, for an Order remanding the within cause of action to the

Defendant to undertake further administrative proceedings, pursuant to sentence 4 of 42 U.S.C.

405(g); and Plaintiff, through the undersigned attorney, having consented to the within order and

the requested remand, and the Court having considered the matter, so that further administrative

action may be taken;

        IT IS on this 1st day of April, 2020;

        ORDERED that this matter be, and the same hereby is, REMANDED to for further

administrative proceedings and issuing a new decision and it is further

        ORDERED that the within matter, be and hereby is, DISMISSED.

        The Clerk of the Court shall enter judgment in this case.

                                        _____
                                        Andrew T. Baxter
                                        U.S. Magistrate Judge

The undersigned hereby stipulates to the form and entry of the within order.

By:   /s/ Steven R. Dolson
Steven R. Dolson
The Law Offices of Steven R. Dolson, PLLC
Attorney for Plaintiff


Grant C. Jaquith
United States Attorney
By:   /s/ Peter Jewett
Peter Jewett
Special Assistant U.S. Attorney
Attorney for Defendant